

## NUMBER 13-15-00318-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

JUDY ALDAPE-YBARRA AKA JUDY KEMP,                    APPELLANT,

v.

DORA LOPEZ YBARRA,                                        APPELLEE.

### On Appeal from the 357th District Court
### of Hidalgo County, Texas.

## MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Longoria**
**Memorandum Opinion Per Curiam**

Appellant, Judy Aldape-Ybarra aka Judy Kemp, appeals a judgment rendered against her in trial court cause number 2012-DCL-1908-E in the 357th District Court of Hidalgo County, Texas.  Appellant has now filed an unopposed motion to dismiss the appeal without prejudice on grounds that she no longer desires to prosecute it.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Accordingly, the appeal is hereby DISMISSED without prejudice. Pursuant to the motion to dismiss, costs will be taxed against the party incurring same. *See id.* R. 42.1(d). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the 1st
day of September, 2015.